UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHASE ANDERSON ROMAGNANO,
    Plaintiff,

vs.                                          Case No.:  3:22cv21803/RV/ZCB

PENSACOLA NEWS JOURNAL, et al.,
    Defendants.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on October 31, 2022.  (Doc. 5).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this order.

2.    Plaintiff's request for preliminary injunctive relief (Doc. 1) is denied.

**DONE AND ORDERED** this 12th day of December 2022.

        /s/ Roger Vinson                    /
**ROGER VINSON**
**UNITED STATES SENIOR DISTRICT JUDGE**